390 A.2d 297

Commonwealth v. Sharp, Appellant.

 Argued
March 20, 1978. C. Stouffer, with him Walter T. Darmopay,
for appellant; F. Becker, Assistant District Attorney, with
him Edward G. Rendell, District Attorney, for Common-
wealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or
decision of this case.